# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-07-H-BMM |
| Plaintiff, | |
| vs. | ORDER |
| TRACY ELDON LEWIS, | |
| Defendant. | |

Defendant Tracy Eldon Lewis having filed a Second Unopposed Motion to Enlarge Time to File Supplemental Motion to Reduce Sentence requesting a twenty-one-day extension, there being no objection from the government and good cause appearing therefor;

**IT IS HEREBY ORDERED** that Defendant Lewis' motion is GRANTED. Defendant Lewis shall file a fresh supplemental motion to reduce sentence on or before Tuesday, September 28, 2021.

DATED this 7th day of September, 2021.

_____
Brian Morris, Chief District Judge
United State District Court